UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HEAD USA, INC. and | : | CIVIL ACTION NO. 3:12cv00644 (SRU) |
| PENN RACQUET SPORTS, INC. | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| DUNLOP INTERNATIONAL LIMITED and | : | |
| DUNLOP SPORTS GROUP AMERICAS, INC, | : | |
| | : | |
| Defendants. | : | AUGUST 9, 2012 |

**DUNLOP SPORTS GROUP AMERICAS, INC.'S**
**MOTION FOR EXTENSION OF TIME**

Pursuant to Local Rule 7(b), defendant Dunlop Sports Group Americas, Inc. ("DSGA") hereby moves for a thirty (30) day extension of time, up to and including September 8, 2012, to answer or otherwise respond to plaintiffs' Complaint.  Counsel for defendant makes this request in order to have sufficient time to investigate the allegations of the Complaint and to prepare an appropriate response.

Plaintiffs, through their counsel, have agreed to the requested extension.  Defendant DSGA has not filed any previous motions for extension of time to respond to plaintiffs' Complaint. Accordingly, defendant DSGA respectfully requests that this Court grant its motion for extension of time.

DEFENDANT,
DUNLOP SPORTS GROUP AMERICAS,
INC.

/s/ Michael A. Bucci
Michael A. Bucci (ct15429)
Day Pitney LLP
242 Trumbull Street
Hartford, CT  06103-1212
(860) 275-0100
Fax:  (860) 275-0343
mabucci@daypitney.com

Its Attorneys

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on August 9, 2012, a copy of Dunlop Sports Group Americas, Inc.'s Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Michael A. Bucci
Michael A. Bucci