UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HEAD USA, INC. and | : | CIVIL ACTION NO. 3:12cv00644 (SRU) |
| PENN RACQUET SPORTS, INC. | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| DUNLOP INTERNATIONAL LIMITED and | : | |
| DUNLOP SPORTS GROUP AMERICAS, INC, | : | |
| | : | |
| Defendants. | : | AUGUST 28, 2012 |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned attorney for the Defendant, Dunlop International Limited, in the above-referenced action.

        DEFENDANT,
        DUNLOP INTERNATIONAL LIMITED

        /s/ Michael A. Bucci
        Michael A. Bucci (ct15429)
        Day Pitney LLP
        242 Trumbull Street
        Hartford, CT  06103-1212
        (860) 275-0100
        Fax:  (860) 275-0343
        mabucci@daypitney.com

        Its Attorneys

**CERTIFICATE OF ELECTRONIC FILING**

   I hereby certify that on August 28, 2012, a copy of this Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


                 /s/ Michael A. Bucci
                 Michael A. Bucci