UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HEAD USA, INC. and | : | CIVIL ACTION NO. 3:12cv00644 (SRU) |
| PENN RACQUET SPORTS, INC. | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| DUNLOP INTERNATIONAL LIMITED and | : | |
| DUNLOP SPORTS GROUP AMERICAS, INC, | : | |
| | : | |
| Defendants. | : | AUGUST 28, 2012 |

**STIPULATION REGARDING SERVICE, AND MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND PRE-TRIAL DEADLINES**

Plaintiffs Head USA, Inc. and Penn Racquet Sports, Inc., and Defendants Dunlop International Limited ("Dunlop International") and Dunlop Sports Group Americas, Inc. ("DSGA") stipulate to and/or request the following:

1. This action was filed on April 30, 2012.

2. On July 25, 2012, the United States District Court sent a copy of the Summons and Complaint to Dunlop International in the United Kingdom. Without waiving any issue with respect to personal jurisdiction, the parties stipulate that service of process has been made on Dunlop International pursuant to Federal Rules of Civil Procedure 4(h), and that Dunlop International's response to the Complaint is due on September 28, 2012.

3. Defendant DSGA hereby moves, with plaintiffs' consent, for a 20-day extension of time to respond to the Complaint, up to and including September 28, 2012, in order to align the response dates of Dunlop International and DSGA and to give DSGA sufficient time to prepare a response to the Complaint. This is DSGA's second request for an extension of time to respond to the Complaint.

- 2 -

4. Finally, in light of the above schedule, plaintiffs request an extension of time of two months, up to and including October 29, 2012, with respect to the current deadline to file Amended Pleadings in this matter. Defendants consent to this request.

/s/ Jamie M. Landry
Craig A. Raabe (ct04116)
Jamie M. Landry (ct27358)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel: (860) 275-8304
Fax: (860) 275-8299
E-mail: craabe@rc.com
E-mail: jlandry@rc.com

Attorneys for Plaintiffs
HEAD USA, INC. and PENN
RACQUET SPORTS, INC.


/s/ Michael A. Bucci
Michael A. Bucci (ct15429)
Day Pitney LLP
242 Trumbull Street
Hartford, CT  06103-1212
(860) 275-0100
Fax:  (860) 275-0343
mabucci@daypitney.com

Attorneys for Defendants
DUNLOP INTERNATIONAL
LIMITED and DUNLOP SPORTS
GROUP AMERICAS, INC

## CERTIFICATE OF ELECTRONIC FILING

      I hereby certify that on August 28, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                              /s/ Michael A. Bucci
                              Michael A. Bucci