UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HEAD USA, INC., and<br>PENN RACQUET SPORTS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>DUNLOP INTERNATIONAL LIMITED,<br>DUNLOP SPORTS GROUP AMERICAS, INC.<br><br>Defendants. | Civil Action No. 3:12-cv-00644<br><br>September 12, 2012 |

## MOTION FOR EXTENSION OF TIME
## TO CONDUCT PARTIES' PLANNING CONFERENCE

Pursuant to Rules 6(b) and 26(f) of the Federal Rules of Civil Procedure and Rules 7(b) and 26(f) of the Local Rules of Civil Procedure, Plaintiffs, Head USA, Inc. and Penn Racquet Sports, Inc. (collectively, "Plaintiffs"), respectfully move for an extension of time until October 15, 2012 to conduct the parties' planning conference.

Good cause exists to grant this motion for at least the following reasons:

1. Plaintiffs filed a Complaint in the above-captioned action on April 30, 2012. (Dkt. 1.)

2. Attorney Michael Bucci filed an appearance on behalf of Defendant Dunlop Sports Group Americas, Inc. on August 9, 2012. (Dkt. 13.)

3. Thereafter, on August 28, 2012, Attorney Michael Bucci also filed an appearance on behalf of Defendant Dunlop International Limited. (Dkt. 16.)

11758370-v1

4. Because Attorney Michael Bucci only recently filed an appearance on behalf of Defendant Dunlop International Limited, the parties are in the process of scheduling a planning conference pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Rule 26(f) of the Local Rules of Civil Procedure.

5. Defendants consent to the granting of this request.

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion for an extension of time until October 15, 2012 to conduct the parties' planning conference.

Dated: September 12, 2012

By   /s/ Jamie M. Landry
Craig A. Raabe (ct04116)
Jamie M. Landry (ct27358)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: craabe@rc.com
E-mail: jlandry@rc.com

Of Counsel:
David M. Kelly
Whitney D. Cooke
FINNEGAN, HENDERSON, FARABOW GARRETT & DUNNER LLP
901 New York Ave. N.W.
Washington, DC  20001
E-mail: david.kelly@finnegan.com
E-mail: dhitney.cooke@finnegan.com
(*pro hac vice* motions to be filed)

*Attorneys for Plaintiffs* Plaintiffs Head USA, Inc., and Penn Racquet Sports, Inc.

- 3 -

## CERTIFICATION

This is to certify that on this 12th day of September 2012, a copy of the foregoing was filed electronically. Notice of this filing shall be sent by E-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                                /s/ Jamie M. Landry
                                                Jamie M. Landry