UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HEAD USA, INC. and | : | CIVIL ACTION NO. 3:12cv00644 (SRU) |
| PENN RACQUET SPORTS, INC. | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| DUNLOP INTERNATIONAL LIMITED and | : | |
| DUNLOP SPORTS GROUP AMERICAS, INC, | : | |
| | : | |
| Defendants. | : | SEPTEMBER 28, 2012 |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Local Rule 7(b), defendants Dunlop International Limited ("Dunlop International") and Dunlop Sports Group Americas, Inc. ("DSGA") hereby move for a fourteen (14) day extension of time, up to and including October 12, 2012, to answer or otherwise respond to plaintiffs' Complaint.

Over the past several weeks, the parties have engaged in discussions in an attempt to resolve this action. Defendants, with the consent to plaintiffs' counsel, seek this extension so that the parties may continue to focus their efforts on attempting to resolve the matter and, if discussions fail, to give defendants sufficient time to prepare a response to the Complaint.

Dunlop International was served pursuant to Federal Rules of Civil Procedure 4(h), and this is Dunlop International's first request for an extension of time to respond to the Complaint. This is DSGA's third request for an extension of time to respond to the Complaint. The prior extensions enabled both defendants (which were served at different times in different manners) to have the same response date, and the requested extension would continue to have defendants responses due at the same time.

- 2 -

Accordingly, defendants respectfully request that this Court grant their motion for extension of time.

DEFENDANTS,
DUNLOP INTERNATIONAL LIMITED and
DUNLOP SPORTS GROUP AMERICAS,
INC.

/s/ Michael A. Bucci
Michael A. Bucci (ct15429)
Day Pitney LLP
242 Trumbull Street
Hartford, CT  06103-1212
(860) 275-0100
Fax:  (860) 275-0343
mabucci@daypitney.com

Their Attorneys

- 3 -

**CERTIFICATE OF ELECTRONIC FILING**

      I hereby certify that on September 28, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                                                    _____/s/ Michael A. Bucci_____
                                                                                            Michael A. Bucci