UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HEAD USA, INC. and<br>PENN RACQUET SPORTS, INC. | : <br> : <br> : | CIVIL ACTION NO. 3:12cv00644 (SRU) |
| Plaintiffs, | : <br> : | |
| v. | : <br> : | |
| DUNLOP INTERNATIONAL LIMITED and<br>DUNLOP SPORTS GROUP AMERICAS, INC, | : <br> : <br> : | |
| Defendants. | : | OCTOBER 11, 2012 |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND**
**REGARDING DEADLINE FOR PARTIES' PLANNING CONFERENCE**

Pursuant to Local Rule 7(b), defendants Dunlop International Limited ("Dunlop International") and Dunlop Sports Group Americas, Inc. ("DSGA") hereby move for a fourteen (14) day extension of time, up to and including October 26, 2012, to answer or otherwise respond to plaintiffs' Complaint.  In addition, defendants move for a fourteen (14) day extension of time, up to and including October 29, 2012, for the parties to hold the Parties' Planning Conference pursuant to Local Rule 26(f).

Over the past several weeks, the parties have engaged in discussions in an attempt to resolve this action and have made significant progress.  Defendants, with the consent to plaintiffs' counsel, seek these extensions so that the parties may continue to focus their efforts on attempting to resolve the matter and, if discussions fail, to give defendants sufficient time to prepare a response to the Complaint and for the parties to hold the Parties' Planning Conference.

This is Dunlop International's second request for an extension of time to respond to the Complaint.  This is DSGA's fourth request for an extension of time to respond to the Complaint.

- 2 -

Accordingly, defendants respectfully request that this Court grant their motion for extension of time.

DEFENDANTS,
DUNLOP INTERNATIONAL LIMITED and
DUNLOP SPORTS GROUP AMERICAS, INC.

/s/ Michael A. Bucci
Michael A. Bucci (ct15429)
Day Pitney LLP
242 Trumbull Street
Hartford, CT  06103-1212
(860) 275-0100
Fax:  (860) 275-0343
mabucci@daypitney.com

Their Attorneys

## CERTIFICATE OF ELECTRONIC FILING

      I hereby certify that on October 11, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                                 /s/ Michael A. Bucci
                                                                                    Michael A. Bucci