UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HEAD USA, INC., and<br>PENN RACQUET SPORTS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>DUNLOP INTERNATIONAL LIMITED,<br>DUNLOP SPORTS GROUP AMERICAS, INC.<br><br>Defendants. | Civil Action No. 3:12-cv-00644 (SRU) |

## STIPULATED DISMISSAL

Plaintiffs Head USA, Inc. and Penn Racquet Sports, Inc. and Defendants Dunlop Sports Group Americas, Inc. and Dunlop International Limited have settled this matter. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal of all claims in this case with prejudice.

**IT IS SO STIPULATED**:

Dated: October 24, 2012

HEAD USA, INC. and PENN RACQUET
SPORTS, INC.

By____/s/ Craig A. Raabe____
     Craig A. Raabe (ct04116)

Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel:  (860) 275-8304
Fax: (860) 275-8299
E-mail: craabe@rc.com

Respectfully submitted,

DUNLOP SPORTS GROUP AMERICAS,
INC. and DUNLOP INTERNATIONAL
LIMITED

By:____/s/ Michael A. Bucci____
     Michael A. Bucci (ct15429)

Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-1212
Tel:  (860) 275-0100
Fax: (860) 275-0343
E-mail: mabucci@daypitney.com

- 2 -

## CERTIFICATION

This is to certify that on this 24th day of October 2012, a copy of the foregoing was filed electronically. Notice of this filing shall be sent by E-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Craig A. Raabe
Craig A. Raabe (ct04116)